IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

GLOVIS AMERICA, INC., )
 )
 Plaintiff, )
 )
v. ) CIV. ACT. NO.  1:25-cv-384-TFM-MU
 )
SABIC INNOVATIVE PLASTICS )
US LLC, )
 )
 Defendant. )

## NOTICE OF ACKNOWLEDGMENT

Pending before the Court is the *Notice of Voluntary Dismissal Without Prejudice* (Doc. 4, filed 12/16/25) in which Plaintiff seeks to dismiss all claims against Defendant without prejudice. The Rules of Civil Procedure permit a plaintiff to voluntarily dismiss the action without an order of the court "by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment" or "a stipulation signed by all parties who have appeared."  FED. R. CIV. P. 41(a)(1)(A).

Here, no answer or motion for summary judgment has been filed.  Consequently, by operation of Fed. R. Civ. P. 41(a)(1)(A)(i), this action has been in accordance with Plaintiff's notice.  Therefore, this case is dismissed without prejudice with each party to bear their own attorneys' fees and costs.

The Clerk of the Court is **DIRECTED** to close this case.

**DONE** and **ORDERED** this 23rd day of December, 2025.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE